# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

148409-11 & (87)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LORI MCKINNEY,
      Plaintiff-Appellant,

v

MICHAEL VILLALVA,
      Defendant-Appellee.
_____/

SC: 148409
COA: 299736
Wayne CC: 09-110131-DZ

LORI MCKINNEY,
      Plaintiff-Appellant,

v

MAUREEN VILLALVA,
      Defendant-Appellee.
_____/

SC: 148410
COA: 302444
Wayne CC: 10-010331-NZ

FREDERICK SCHAEFER,
      Plaintiff-Appellant,

v

MICHAEL VILLALVA,
      Defendant-Appellee.
_____/

SC: 148411
COA: 302468
Wayne CC: 10-007388-NZ

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

h0127